UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**GUERTY LOPEZ,**

 **Plaintiff,**

v.

**LVNV FUNDING, LLC, and
TRUEACCORD CORP.,**

 **Defendants.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendants LVNV Funding, LLC and TrueAccord Corp., by and through their undersigned counsel, hereby remove the above-captioned matter to this Court from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and in support thereof aver as follows:

 1. Defendants LVNV Funding, LLC and TrueAccord Corp. are the defendants in a civil action originally filed on or about May 1, 2019, in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, titled *Guerty Lopez v. LVNV Funding, LLC and TrueAccord Corp.* and docketed to Case No. 2020-005090-CC-25.

 2. The undersigned counsel represents both Defendants LVNV Funding, LLC and TrueAccord Corp. and respectfully confirms that both Defendants consent to this removal.

 3. This removal is timely under 28 U.S.C. § 1446(b). Defendants received service of process on August 24, 2020.

4. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders received by Defendants in the state court action.

5. The United States District Court for the Southern District of Florida, Miami Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, Defendants have provided notice of this Removal to counsel for Plaintiff and to the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: */s/   John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendants*

Date: September 18, 2020

## CERTIFICATE OF SERVICE

I certify that on September 18, 2020, a true copy of the foregoing document was served as follows:

| *By Email and U.S. Mail, Postage Prepaid*<br>Bruce B. Baldwin, Esq.<br>Debt Defense Law<br>6915 Red Road, Suite 200<br>Coral Gables, FL 33143<br>service@debtdefenselaw.com<br>*Counsel for Plaintiff* | *By Electronic Filing*<br>Miami-Dade County Court<br>73 West Flagler Street<br>Miami, FL 33130 |
|---|---|

**MESSER STRICKLER, LTD.**

By:   /s/      John M. Marees, II
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendants*

Date:  September 18, 2020