UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:20-CV-23861-CMA

GUERTY LOPEZ,

    Plaintiff,

v.

LVNV FUNDING, LLC, and
TRUEACCORD CORP.,

    Defendants.
_____/

## **AMENDED COMPLAINT**

Plaintiff hereby sues Defendants for violating the Florida Consumer Protection Act (sometimes "the FCCPA"), codified at Fla. Stat. § 559.55 *et seq.* and states the following.

1. Venue is proper because all facts giving rise to this action occurred in Miami-Dade County, Florida.

2. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

3. This is an action under the FCCPA which is designed to protect consumers from abusive, deceptive, unfair, or undignified collection practices.

4. Plaintiff is a natural person.

5. The alleged debt Defendants attempted to collect from Plaintiff was a consumer debt as defined by the FCCPA.

6. Defendants are debt collectors as defined by the FCCPA.

7. Defendants sent Plaintiff several written communications regarding the collection of a debt which never belonged to her or that she had already satisfied.

8. Plaintiff informed Defendants in writing several times that she did not owe them any

debt but the sending of the collection communications persisted.

9. The foregoing is a violation of § 559.72(9) FCCPA because Defendants knew the debt was not legitimate and were asserting a legal right they knew they did not possess.

10. Plaintiff has been damaged by Defendants' acts.

11. Plaintiff has incurred costs and attorney's fees as a result of Defendants' acts.

## COUNT I

12. Paragraphs 1 through 11 are incorporated by reference herein.

13. Defendants violated FCCPA as set forth *supra*.

14. Pursuant to § 559.77 of the FCCPA Plaintiff possesses a claim against Defendants for actual and statutory damages and costs and attorney's fees based on their violation of the FCCPA.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly and severally, pursuant to § 559.77 of the FCCPA for actual and statutory damages between $8,000.01 and $30,000.00, costs and attorney's fees, and any such further relief the Court deems just and equitable.

_____
Bruce B. Baldwin, Esq. FBN 493023
Debt Defense Law 6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

## CERTITICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served n counsel of record via the Court's CM/ECF system this 21th day of September 2020.

_____
BRUCE B. BALDWIN